IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC MANLEY, et al.                :     CIVIL ACTION
                                   :
v.                                 :     No. 12-5493
                                   :
NAVMAR APPLIED SCIENCES CORP., et al.:

**ORDER**

AND NOW, this 14th day of November, 2012, it is ORDERED:

- Defendant Navmar Applied Sciences Corp.'s (Navmar) Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) (Document 3) is DENIED without prejudice;

- The Clerk of Court is DIRECTED to TERMINATE Plaintiffs' Motion to Dismiss Transfer of Venue (Document 10)[1]; and

- Navmar's Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim Upon Which Relief Can be Granted (Document 6) is GRANTED. The above-captioned case is DISMISSED without prejudice. Plaintiffs may file an amended complaint on or before December 5, 2012, which corrects the deficiencies identified herein. Failure to file an amended complaint within the time permitted will result in dismissal of this action with prejudice.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Plaintiffs filed an opposition to Navmar's motion to transfer, which they styled as a motion.