IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MANLEY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-5493 |
| | : | |
| NAVMAR APPLIED SCIENCES CORP., et al.: | | |

## ORDER

AND NOW, this 24th day of January, 2013, it is ORDERED as follows:

- Plaintiff Eric Manley's Motion to Amend/Correct (Document 17) is DENIED as moot;

- Defendants Butch Barr, Andrew McWatt, Richard Salinger, Mike Kelley, John Matos, Bradley Thompson, and Richard Miller's Motions to Dismiss (Documents 19, 20, 21, 29, 30, 31, and 32) are GRANTED;

- Defendants Thomas Fenerty and Navmar Applied Sciences Corporation's Motion to Dismiss (Document 22) is GRANTED;

- Plaintiffs' Motions to Dismiss (Documents 25 and 35) are construed as replies to Defendants' Motions to Dismiss and are DENIED;

- Plaintiffs' Amended Complaints (Documents 16, 17 and 18) are DISMISSED WITH PREJUDICE against all Defendants;

- Plaintiffs' Complaint and Request for Injunctive Relief (Document 37) is DENIED; and

- The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.